ACCEPTED
01-15-00569-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
12/21/2015 4:02:27 PM
CHRISTOPHER PRINE
CLERK

NO. 01-15-00569-CR

IN THE COURT OF APPEALS
FOR THE FIRST JUDICIAL DISTRICT
OF TEXAS AT
HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/21/2015 4:02:27 PM
CHRISTOPHER A. PRINE
Clerk

VICTOR ALAS

VS.

THE STATE OF TEXAS

Appealed from the District Court of
Harris County, Texas 338TH
Judicial District
Cause No. 14667825

**APPELLANT'S SECOND MOTION FOR EXTENSION
OF TIME TO FILE BRIEF**

TO THE HONORABLE JUSTICES OF SAID COURT:

COMES NOW, VICTOR ALAS, Appellant in the above styled and numbered cause and would respectfully show the Court as follows:

I.

Appellant is appealing from a conviction of Life for the offense of Capital Murder. Appellant's brief was due on December 14, 2015. Appellant submits that there is good cause and exceptional circumstances to warrant a second extension to file Appellant's Brief. The record consists of eight volumes of reporter's record and one volume of clerk's record, consisting of 2, 957 pages. A motion to supplement

the record was filed and granted by the trial court to add a missing lab report to State's Exhibit 220 and to release the Appellant's video/audio statement for viewing by Appellant's counsel on December 18, 2015. Further cause for this extension exists due to Appellant's Counsel workload. Appellant's counsel has been working on the following matters in the last thirty days:

1.    *State v. Kevin Flood*; in the 174th Judicial District of Harris County, Texas in Cause No. 14607940; for the offense of Engaging in Organized Criminal Activity; set on court's docket for a pre-trial conference on November 19, 2015;

2.    *State v. Ron Haskell*; in the 351st Judicial District of Harris County, Texas in Cause No. 143404395; for the offense of Capital Murder; discovery meetings on December 10, 2015 and December 15, 2015 with ADA Kaylynn Williford;

3.    *State v. Teddi Ferguson*; Cause Numbers 1418644; 1433616;1434043 for the Offenses of Burglary of a Habitation; Aggravated Robbery and Auto Theft in the 178th Judicial District of Harris County, Texas, docketed on December 9, 2015;

4.    *Raymond Payne v. State of Texas; 14-15-00756;* Record due on October 21, 2015; on appeal from the 185th Judicial District of Harris County, Texas, in cause 1430580 for the offense of Murder; Brief Due on November 22, 2015.

WHEREFORE, PREMISES CONSIDERED, Appellant respectfully prays that the court grant this motion and extend the time for filing the brief for sixty days until January 14, 2016.

Respectfully submitted,

/s *Douglas M. Durham*

DOUGLAS M. DURHAM
State Bar No. 06278450
2800 Post Oak Blvd Suite 4100
Houston, Texas 77056
(832) 390-2252 Telephone
(832) 390-2350 Fax
ATTORNEY FOR APPELLANT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has forwarded to Mr. Allan Curry, Assistant District Attorney, Chief of Appellate Division, 1201 Franklin, Suite 600, Houston, Texas 77002 via fax to (713) 755-5809 on this the 21st day of December 2015.

/s *Douglas M. Durham*

DOUGLAS M. DURHAM

STATE OF TEXAS          §
§
COUNTY OF HARRIS      §

BEFORE ME, the undersigned authority, on this day personally appeared

DOUGLAS M. DURHAM, who after being duly sworn, on his oath stated that

each allegation and statement contained in this motion is true and correct to the

best of his knowledge.


*s/ Douglas M. Durham*
DOUGLAS M. DURHAM


SUBSCRIBED AND SWORN TO before me on this the 21st day of December, 2015.



Notary Public in and for the
State of Texas
My Commission Expires: April 4, 2018

NO. 01-15-00569-CR

IN THE COURT OF APPEALS
FOR THE FIRST JUDICIAL DISTRICT
OF TEXAS AT
HOUSTON, TEXAS

VICTOR ALAS

VS.

THE STATE OF TEXAS

Appealed from the District Court of
Harris County, Texas 338TH
Judicial District
Cause No. 14667825

**O R D E R**

On this_____day of_____, 2015, came on to be

heard Appellant's Motion for Extension of Time to File Appellant's Brief which is

granted/denied. It is hereby ordered Appellant's brief is due _____day of

_____, 2015.